UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL Z. CASTRO,<br><br>    Plaintiff,<br><br>  v.<br><br>C. WADDLE,<br><br>    Defendant. | Case No.  1:20-cv-01454-EPG<br><br>**ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* DUE TO INCOMPLETE APPLICATION**<br><br>(ECF No. 2) |

  Plaintiff, Daniel Z. Castro, proceeding *pro se* (ECF No. 1), has requested leave to proceed *in forma pauperis* ("IFP") (ECF No. 2). Plaintiff's IFP application is incomplete, and specifically does not include responses to questions 3, 4, 5, 7, and, if applicable, 7. The application will therefore be denied without prejudice to renewal.

  IT IS ORDERED:

  1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without prejudice.

  2. Plaintiff must submit, within 30 days from the date of this order, a renewed IFP application on the standard court form, **with all information completed**, including answers to questions 3 (all of the subparts), 4, 5, 6, and, if applicable, 7.

1

3. Plaintiff is cautioned that failure to timely submit a renewed IFP application in proper form, or to pay the filing fee, may result in a recommendation that this action be dismissed.

4. The Clerk of the Court is directed to provide Plaintiff with a copy of the Application to Proceed In Forma Pauperis by a Prisoner.

IT IS SO ORDERED.

Dated: **October 20, 2020**         /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

2