**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DANIEL Z. CASTRO,

Plaintiff,

v.

C. WADDLE,

Defendant.

Case No. 1:20-cv-01454-EPG

ORDER FOR PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS

(ECF No. 12)

Plaintiff Daniel Z. Castro ("Plaintiff") is a prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On October 6, 2020, Plaintiff submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, but Plaintiff's application was incomplete. (ECF No. 2.) The Court therefore entered an order on October 20, 2020 denying Plaintiff's application without prejudice to renewal. (ECF No. 7.) The Court directed Plaintiff to submit a renewed *in forma pauperis* application with all information completed within thirty (30) days. (*Id.*) On November 23, 2020, Plaintiff submitted a second application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, but he did not sign it. (ECF No. 12.)

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is directed to provide Plaintiff with a copy of an Application to Proceed In Forma Pauperis by a Prisoner; and

2. Within thirty (30) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated: **November 23, 2020**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE