UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL Z. CASTRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. WADDLE,<br><br>　　　　Defendant. | No. 1:20-cv-01454-NONE-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 17) |

Plaintiff Daniel Z. Castro is a state prisoner appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 20, 2020, plaintiff filed a motion for injunctive relief. (Doc. No. 11.) Plaintiff requested an order prohibiting him from being transferred to another facility and granting him single cell status. (*Id.* at 4.)

On January 4, 2021, the assigned magistrate judge entered findings and recommendations recommending that plaintiff's motion for injunctive relief be denied without prejudice because: (1) plaintiff presently has no cognizable claims pending in this case; and (2) the injunction does not relate to any claim plaintiff has reasonably articulated because his currently-operative complaint contains no supporting facts. (Doc. No. 17.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within

twenty-one (21) days after service.  (*Id.* at 4.)  No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations entered on January 4, 2021 (Doc. No. 17) are adopted in full; and
2. Plaintiff's motion for injunctive relief (Doc. No. 11) is denied without prejudice.

IT IS SO ORDERED.

Dated:   **February 9, 2021**                    /s/ Dale A. Drozd
                                                UNITED STATES DISTRICT JUDGE