UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL Z. CASTRO,<br><br>  Plaintiff,<br><br>  v.<br><br>C. WADDLE,<br><br>  Defendant. | No. 1:20-cv-01454-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 22, 24) |

Plaintiff Daniel Z. Castro is a state prisoner appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 9, 2021, plaintiff filed a motion for injunctive relief. (Doc. No. 22.) Plaintiff requested an order granting him single cell status and prohibiting him from being placed in any other facility or housing unit unless for medical reasons. (*Id*.) On April 28, 2021, the assigned magistrate judge entered findings and recommendations recommending that plaintiff's motion for injunctive relief be denied without prejudice on numerous grounds, including that plaintiff is asking for injunctive relief not tied to the claims in this case. (Doc. No. 24.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 6.) No objections have been filed, and the deadline to do so has expired.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations entered on April 28, 2021 (Doc. No. 24) are adopted in full; and

2. Plaintiff's motion for injunctive relief (Doc. No. 22) is denied without prejudice.

IT IS SO ORDERED.

Dated: **July 12, 2021**

_____
UNITED STATES DISTRICT JUDGE