UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL Z. CASTRO,<br><br>    Plaintiff,<br><br>    v.<br><br>C. WADDLE,<br><br>    Defendant. | No.  1:20-cv-01454-JLT-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 25) |

  Daniel Z. Castro is a state prisoner appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On June 17, 2021, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed for failure to state a claim, failure to prosecute, and failure to comply with a court order.  (Doc. No. 25.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  (*Id.* at 10.)  No objections have been filed, and the deadline to do so has expired.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper

1

analysis. Accordingly,

    1. The findings and recommendations entered on June 17, 2021 (Doc. No. 25) are adopted in full; and

    2. This action is dismissed with prejudice for failure to state a claim, failure to prosecute, and failure to comply with a court order.

IT IS SO ORDERED.

Dated: __**January 20, 2022**__             _/s/ Jennifer L. Thurston_
                                             UNITED STATES DISTRICT JUDGE